

**RECEIVED JUN 1 5 2005**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-AP-596

MICHAEL E. GORRONO,

      Plaintiff,

v.

JO ANNE B. BARNHART,
Commissioner of Social Security,

      Defendant.

---

## JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES

---

## 1. APPEARANCES OF COUNSEL AND *PRO SE* PARTIES

<u>For Plaintiff</u>:
    William J. La Croix, Esq.
    225 S. Boulder Road, Ste. 201
    PO Box 270551
    Louisville, CO 80027
    (303) 449-5297
<u>For Defendant</u>:
Debra J. Meachum
Special Assistant United States Attorney

*Mailing Address:*
*1961 Stout Street, Suite 1001A*
*Denver, Colorado  80294*

*Street Address:*
1225 Seventeenth Street, Suite 700
Denver, Colorado 80202
(303) 454-0100
(303) 454-0404 (facsimile)

## 2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

## 3. DATES OF FILING OF RELEVANT PLEADINGS

    **A.**    **Date Complaint Was Filed:** March 31, 2005.

    **B.**    **Date Complaint Was Served on U.S. Attorney's Office:** April 1, 2005.

    **C.**    **Date Answer and Administrative Record Were Filed:** May 31, 2005.

## 4. STATEMENT REGARDING THE ADEQUACY OF THE RECORD

The Administrative Record appears to be complete.

## 5. STATEMENT REGARDING ADDITIONAL EVIDENCE

The parties do not anticipate submitting additional evidence.

## 6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES

There are no unusual claims or defenses in this case.

## 7. OTHER MATTERS

There are no other matters to bring to the Court's attention.

## 8. PROPOSED BRIEFING SCHEDULE

    **A.**    **Plaintiff's Opening Brief Due:**  July 22, 2005.

    **B.**    **Defendant's Response Brief Due:**  August 22, 2005.

    **C.**    **Plaintiff's Reply Brief (If Any) Due:**  September 7, 2005

## 9. STATEMENTS REGARDING ORAL ARGUMENT

A. **Plaintiff's Statement:** Plaintiff does not request oral argument.

B. **Defendant's Statement:** Defendant does not request oral argument.

## 10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE

*Indicate below the parties' consent choice.*

A. ( x ) All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.

B. ( ) All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.

## 11. OTHER MATTERS

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

## 12. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN

*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of good cause.*

DATED this 14th day of June, 2005.

BY THE COURT:

U.S. DISTRICT COURT JUDGE

APPROVED:

William J. La Croix, Esq.
225 S. Boulder Road, Ste. 201
PO Box 270551
Louisville, CO 80027
Telephone: 303-449-5297

ATTORNEY FOR PLAINTIFF

UNITED STATES ATTORNEY

By: Debra J. Meachum
Special Assistant U.S. Attorney

Bonnie E. Sims
Assistant Regional Counsel

*Mailing Address:*
1961 Stout St., Suite 1001A
Denver, Colorado 80294

*Street Address:*
United States Attorney's Office
1225 Seventeenth Street, Suite 700
Denver, Colorado 80202
Telephone: (303) 454-0100

Attorney for Defendant(s)


Please affix counsel's signatures and any *pro se* party's signatures before submission of the proposed Joint Case Management Plan to the court.